27784. MONTAQUILA v. CRANFORD et al.

MOBLEY, Chief Justice. This case is controlled by the decision in *Montaquila v. Cranford* 230 Ga. 442.

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED MARCH 12, 1973 — DECIDED APRIL 13, 1973.

*Dickens, Hall & Greene, J. Edward Hall,* for appellant. *Harris, Russell & Watkins, Philip R. Taylor,* for appellees.